**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Kevin Lee Boyter, Appellant.

Appellate Case No. 2016-002375

―――――――――――

Appeal From Union County
John C. Hayes, III, Circuit Court Judge

―――――――――――

Unpublished Opinion No. 2018-UP-272
Submitted May 1, 2018 – Filed June 27, 2018

―――――――――――

**APPEAL DISMISSED**

―――――――――――

Chief Appellate Defender Robert Michael Dudek, of Columbia, for Appellant.

Matthew C. Buchanan, of the South Carolina Department of Probation, Parole & Pardon Services, of Columbia, for Respondent.

―――――――――――

**PER CURIAM:**  Dismissed after review pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**LOCKEMY, C.J., and WILLIAMS and KONDUROS, JJ., concur.**

---

[1]  We decide this case without oral argument pursuant to Rule 215, SCACR.